IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | 8:08CV444 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES MARR, Sheriff of Nuckolls County, Nebraska, | ) ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On January 29, 2009, Petitioner filed a Request for Certificate of Appealability relating to the court's January 26, 2009 Memorandum and Order and Judgment. (Filing No. 15.) However, Petitioner has not filed a notice of appeal. The court cannot rule on the certificate of appealability question unless Petitioner also files a notice of appeal. Petitioner has 30 days from the date of the Judgement, or until February 25, 2009, to file a notice of appeal.

IT IS THEREFORE ORDERED that:

1. Petitioner shall have until February 25, 2009 to file a notice of appeal.

2. In the event that Petitioner fails to file a notice of appeal by February 25, 2009, the Request for Certificate of Appealability will be denied without further notice.

February 3, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge